# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Allstate Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Paul and Cheri Berge, o/b/o Ashley Berge, deceased, and Claude and Marleen Streeper, and Mark Streeper, | ) ) ) ) | |
| | ) | Case No. 1:06-cv-060 |
| Defendant. | ) | |

_____

On May 16, 2006, the parties filed a Stipulation Compelling Production of Prisoner for Deposition. The court **ADOPTS** the parties' stipulation (Docket No. 20) and, pursuant to N.D.C.C. § 31-03-16 order the North Dakota Department of Corrections to produce prisoner Mark Streeper for a deposition at the North Dakota State Penitentiary at a date and time to be provided by a properly served notice of deposition. If the North Dakota Department of Corrections has any objections, they may seek appropriate relief with the court.

**IT IS SO ORDERED**.

Dated this 24th day of May, 2007.

                                               /s/ Charles S. Miller, Jr.
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge